IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MISSIE LEWIS , | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-351-MTT |
| | * |
| CLAUDIA RABAGO, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 13, 2023, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Bibb County, Georgia.

This 14th day of November, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk